**Order filed August 23, 2018**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-18-00624-CV**

———————

**VAN CUONG NGUYEN, Appellant**

**V.**

**KIM TRANG NGUYEN, Appellee**

---

**On Appeal from the 345th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-FM-12-006576**

---

## O R D E R

The notice of appeal in this case was filed June 25, 2018. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **September 4, 2018.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the fee, the appeal will be dismissed.

PER CURIAM